Lester STOVALL, Plaintiff–Appellant,

v.

TEAMSTERS LOCAL UNION 67; Noel Smith, Defendants–Appellees.

No. 00–2367.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 13, 2001.

Lester Stovall, pro se. Richard William Gibson, Marilyn Louise Baker, Mooney, Green, Baker, Gibson & Saindon, P.C., Washington, DC, for appellees.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Lester Stovall appeals the district court's orders dismissing his employment discrimination complaint and denying his motion to alter or amend the judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Stovall v. Teamsters Local Union 67*, No. CA–00– 143–PJM (D. Md. Aug. 3 & Sept. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*